# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00433-CV

### In the Matter of B. D. C.

## FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. JV37874, THE HONORABLE RHONDA HURLEY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal.[1] *See* Tex. R. App. P. 42.1(a)(1).

_____

Edward Smith, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed on Appellant's Motion

Filed: December 16, 2021

---

[1] We dismiss appellant's pending motion as moot.